JS-6

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BENNIE, an individual, on behalf of himself, and on behalf of all other persons similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>LOWE'S HIW, INC., a Washington Corporation authorized to do business in the state of California, and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO. SACV08-00576 DOC (SHX)<br><br>**HON. DAVID O. CARTER**<br><br>**[PROPOSED] JUDGMENT** |

1   WHEREAS, on October 19, 2009, this Court granted preliminary approval to
2   a settlement of this action;

3   WHEREAS, the Court granted final approval to the settlement on October
4   19, 2009, finding that the settlement is fair, reasonable and adequate within the
5   meaning of Federal Rule of Civil Procedure 23(e) and applicable law; and

6   WHEREAS, the Court has found that the notice sent to the Class Members
7   fairly and adequately informed the Class of the terms of the settlement, was
8   consistent with Federal Rule of Civil Procedure 23 and due process, and was given
9   in the manner prescribed by the Settlement Agreement and the Court's order
10  preliminarily approving the settlement:

11  This Court hereby enters final judgment in this case, and dismisses it with
12  prejudice, in accordance with the terms of the Settlement Agreement and Joint
13  Stipulation ("Settlement"), Order Granting Preliminary Approval, and the Order
14  Granting Final Approval to Class Action Settlement ("Final Approval Order"), as
15  modified by the Supplemental Joint Statement of the Parties Modifying the
16  Settlement Per the Court's Instructions, filed on October 16, 2009.  The Court
17  hereby permanently enjoins and restrains all individuals from asserting any and all
18  claims that were released pursuant to the Settlement and the Final Approval Order.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1   Without affecting the finality of this Final Judgment in any way, the Court
2   reserves exclusive and continuing jurisdiction over this action, the named Plaintiffs,
3   the Class, and the Defendant for the purposes of supervising the implementation,
4   enforcement, construction and interpretation of the Settlement, and all orders and
5   judgments entered in connection therewith.

7   IT IS SO ORDERED

10  Dated: October 19, 2009        /s/ David O. Carter
                                    _____
11                                  The Hon. David O. Carter
                                    Judge of the United States District Court